# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGNACIO MARTINEZ, a single person, doing business as MARTINEZ AUTO PARTS, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN HERITAGE INSURANCE COMPANY, a foreign corporation; and SCOTTSDALE INSURANCE COMPANY, a foreign corporation,<br><br>Defendants. | NO: 1:19-CV-3153-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Order of Dismissal (ECF No. 46). The stipulation was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

Pursuant to the stipulation, the parties agree that this entire lawsuit, including any and all claims that any party asserted against another party

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

in this matter, shall be dismissed with prejudice and without fees or costs to any party. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal of an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, any and all claims in this action are **DISMISSED** with prejudice, and without fees or costs to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED November 5, 2020.



THOMAS O. RICE
United States District Judge