AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| IGNACIO MARTINEZ, a single person, doing business as, MARTINEZ AUTO PARTS, a sole proprietorship,<br>*Plaintiff*<br>v.<br>WESTERN HERITAGE INSURANCE COMPANY, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   1:19-CV-3153-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Any and all claims in this action are DISMISSED with prejudice, and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on a Stipulation and Order of Dismissal (ECF No. 46

Date:   November 5, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen